UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 NOV 30 AM 10: 57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____RM____ DEPUTY

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TIMOTHY McINTOSH,

      Defendant.

CASE NO. 09CR3776-WQH

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case(09CR4212-WQH) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: November 24, 2009

LOUISA S. PORTER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____